```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


BENNIE GRAY,                          :
       Plaintiff,                     :
                                      :
    v.                                :   CASE NO. 3:13-cv-39(JBA)
                                      :
SCOTT ERFE, et al.,                   :
       Defendants.                    :
```

SERVICE ORDER

In accordance with the court's order, the plaintiff, Bennie Gray, has supplied the current address for defendant David J. Yother, Jr.  He states that defendant Yother's primary address is 83 Summit Avenue, East Lyme, CT 06333 and an alternate address is 47 Lovers Lane, East Lyme, CT 06333.

The Clerk is directed to mail waiver of service of process request packet to defendant Yother at each address within **fourteen (14) days** of this Order.  The Clerk shall report to the court on the status of that waiver request on the thirty-fifth (35) day after mailing.  If defendant Yother fails to return the waiver request, the Clerk shall make arrangements for in-person service by the U.S. Marshals Service on the defendant in his individual capacity and the defendant shall be required to pay the costs of such service in accordance with Federal Rule of Civil Procedure 4(d).

**SO ORDERED** this 21st day of May 2013, at New Haven, Connecticut.

/s/
Janet Bond Arterton
United States District Judge